IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MIESHA COLLIER**     **PLAINTIFF**

v.     Case No. 4:17-cv-00477 KGB

**KENTON BUCKNER, individually, and in his official capacity as Chief of Police of the City of Little Rock**     **DEFENDANT**

## ORDER

Before the Court is plaintiff Miesha Collier's motion to dismiss and remand (Dkt. No. 7). In her motion, Ms. Collier seeks to dismiss her federal claims without prejudice and remand her remaining claims in this matter to state court. Defendant Kenton Buckner has responded and has no objection to the motion (Dkt. No. 8). For good cause shown, the Court grants Ms. Collier's motion (Dkt. No. 7). Ms. Collier's federal claims against Mr. Buckner are dismissed without prejudice. Ms. Collier's remaining claims in this action are remanded to the state court. The Court directs the Clerk of Court to remand this action to the Circuit Court of Pulaski County, Arkansas.

So ordered this 15th day of March, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge